UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MUENCH,<br><br>Plaintiff(s),<br>v.<br><br>TRUE CLASSIC TEES LLC,<br><br>Defendant(s). | CASE NO. C26-3602-KKE<br><br>ORDER SETTING CASE SCHEDULE |

Upon review of the parties' joint status report (Dkt. No. 11), the Court ORDERS that this case shall conform to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline to file stipulated protective order and stipulated ESI protocol (or contested motions) | December 18, 2026 |
| Deadline to join additional parties and amend pleadings | April 30, 2027 |
| Deadline for substantial completion of pre-certification document production | June 18, 2027 |
| Completion of pre-certification fact discovery, including completion of pre-certification depositions | October 15, 2027 |
| Plaintiff's Rule 26(a)(2) expert disclosures in support of class certification | November 15, 2027 |
| Defendant's Rule 26(a)(2) expert disclosures in opposition to class certification | January 14, 2028 |
| Plaintiff's rebuttal expert disclosures | February 11, 2028 |

| | |
|---|---|
| Close of class-certification expert discovery | March 10, 2028 |
| Plaintiff's motion for class certification filed | April 7, 2028 |
| Defendant's opposition to class-certification motion | May 19, 2028 |
| Plaintiff's reply in support of class-certification motion | June 9, 2028 |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 19th day of November, 2026.



Kymberly K. Evanson
United States District Judge